UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| LIEA MELLOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:13-CV-594 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| DEPARTMENT OF CHILDREN ) | |
| SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |
| CAROLYN TUBB, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:13-CV-595 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| D.C.S. MORRISTOWN, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

On October 7, 2013, *pro se* Plaintiffs Carolyn Tubb and Leia Mellott ("Plaintiffs") filed separate complaints against a number of defendants as well as motions to proceed *in forma pauperis* ("IFP") (Court File No. 1). Because the cases arose from the same transaction or occurrence, Magistrate Judge Bruce Guyton entered a related case order (Court File No. 4). On October 9, 2013, Judge Guyton filed a report and recommendation ("R&R") in both cases concluding that Plaintiffs each failed to allege a basis for federal jurisdiction (Court File No. 5). Judge Guyton thus recommends the Court dismiss Plaintiffs' cases under 28 U.S.C. § 1915(e)(2).

Neither Plaintiff objected to her respective R&R during the fourteen-day period. The Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's reports and recommendations (Case No. 3:13-cv-594, Court File No. 3) (Case No. 3:13-cv-595, Court File No. 5) pursuant to 28 U.S.C. § 636(b)(1),

**DISMISSES** these cases for lack of jurisdiction, and **DIRECTS** the Clerk of Court to **CLOSE** the cases.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
   CLERK OF COURT

2